400 A.2d 644

Commonwealth v. Pitts, Appellant.
Petition for Allowance of Appeal Denied April 11, 1979.

Submitted March 20, 1978. Jay Meyers, for appellant; Eric B. Henson, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 612

Commonwealth v. Sourbeer, Appellant.
Petition for Allowance of Appeal Denied April 12, 1979.

Argued December 4, 1978. Thomas G. Klingensmith, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.